No. 1418, Misc. DIAZ v. CALIFORNIA. District Court of Appeal of California, Fourth Appellate District. Certiorari denied.

No. 1443, Misc. SMITH v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 1446, Misc. BEELER v. BOMAR, WARDEN. Supreme Court of Tennessee, Middle Division. Certiorari denied.

No. 1460, Misc. POTTS v. TENNESSEE. Supreme Court of Tennessee, Middle Division. Certiorari denied. *Knox Bigham* for petitioner. *George F. McCanless,* Attorney General of Tennessee, and *Thomas E. Fox,* Assistant Attorney General, for respondent.

No. 1416, Misc. COURNOW v. CUNNINGHAM, PENITENTIARY SUPERINTENDENT. Supreme Court of Appeals of Virginia. Certiorari denied.

No. 1421, Misc. WEISS v. HUNNA. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Frank G. Wittenberg* for respondent.

No. 1422, Misc. SEYMOUR v. NEW YORK. Court of Appeals of New York. Certiorari denied. Petitioner *pro se. Louis J. Lefkowitz,* Attorney General of New York, and *Anthony J. Lokot,* Assistant Attorney General, for respondent.

No. 1423, Misc. RABURN v. COX, WARDEN. C. A. 10th Cir. Certiorari denied.